Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
17525 Ventura Blvd., Ste 308
Encino, CA 91316
TEL:  (800) 935-3170
FAX: (800) 501-0272
mshvarts@dagaccess.com
Attorneys for Plaintiff, WES FULLER

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WES FULLER, <br>     Plaintiff, <br><br>   vs. <br><br> ANDREW M. SAUL, <br> Commissioner of Social Security, <br>     Defendant. | Case No.:  2:20-cv-10087-DFM <br><br> ORDER FOR AWARD OF EAJA FEES |

///

///

///

///

///

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount **TWO THOUSAND TWO HUNDRED AND FIFTY DOLLARS** ($ 2,250.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: July 29, 2021

_____
HON. DOUGLAS McCORMICK
United States Magistrate Judge